Case No. 23-5440

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

THOMAS BRADLEY

    Defendant - Appellant

Upon consideration of the appellant's motion to hold briefing and this appeal in abeyance pending the U.S. Supreme Court's disposition of *Erlinger v. United States*, No. 23-370,

It is **ORDERED** that the motion is **GRANTED**. The appellant shall file a status report every **90 days**, or upon disposition of *Erlinger,* whichever occurs earlier, with the first being due **January 23, 2024**.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: October 25, 2023